UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 14-12741 |
| DAVID J. FREEDOM | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| Debtor(s) | ) | |

## ORDER REOPENING CHAPTER 13 CASE

THIS CAUSE coming to be heard on the DEBTOR'S MOTION TO REOPEN CHAPTER 13 CASE, due notice having been given, and the Court being advised in the premises;

IT IS HEREBY ORDERED THAT:

The Clerk is directed to reopen this case to permit the Court to adjudicate the Debtor's Motion Pursuant to 11 U.S.C. § 524 for Violations of the Discharge Injunction and Fed. R. Bankr. P. 9020 Seeking Sanctions for Civil Contempt Against CitiMortgage, Inc.

Enter:  /s/ Janet S. Baer

Honorable Janet S. Baer

United States Bankruptcy Judge

Dated: March 05, 2015

**Prepared by:**

Paul M. Bach ARDC #6209530
Counsel for Debtor
Sulaiman Law Group, Ltd.
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
(630)575-8181