APPEARANCE

## United States Bankruptcy Court
EASTERN DIVISION

For the __Northern__ District of __Illinois__

In re  Daniel J. Freedom           )
                                   )  Case No. 14-12741
                                   )
                                   )

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

JPMorgan Chase Bank, National Association

---

| | |
|---|---|
| Sara Youn Choh | Burke, Warren, MacKay & Serritella, P.C. |
| Print Name on this Line | Firm Name |
| /s/ Sara Youn Choh | FIRM ID NUMBER: |
| Signature | 330 N. Wabash Ave., Suite 2100 |
| ATTORNEY ID NUMBER  6298797 | Street Address |
| | Chicago    IL    60611 |
| | City    State    Zip |
| | Telephone  (312) 840-7000 |

Trial Attorneys*

_____
      Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

DATED:  March 11, 2015